Daniel Srourian, Esq.
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Sonjay Singh (*pro hac vice pending*)
SIRI & GLIMSTAD LLP
Email: ssingh@sirillp.com
Tyler Bean (*pro hac vice forthcoming*)
Email: tbean@sirillp.com
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone 212-532-1091
Facsimile 646-417-5967

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER GRABOW, ON BEHALF OF HER MINOR CHILD, M.O., AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br><br>GENERATION GENIUS, INC.,<br><br>Defendant. | Case No. 2:25-cv-03332-PA-MBK<br><br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Heather Grabow, on behalf of her minor child, M.O., by and through her undersigned counsel of record, hereby dismisses the individual claims brought in the above-captioned action, without prejudice, with each party to bear its own fees and expenses.

Dated: October 15, 2025

Respectfully submitted,

/s/ Daniel Srourian
Daniel Srourian, Esq.
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Tyler J. Bean*
Sonjay C. Singh*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436
tbean@sirillp.com
ssingh@sirillp.com

*pro hac vice admission pending